AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FARHOD HALIMOV,

    Petitioner,

                **v.**

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:
          5:26-cv-384

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑  **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated June 23, 2026, Respondent's motion to dismiss is granted, and

Petitioner's 28 U.S.C. § 2241 petition is denied as moot. Additionally, Petitioner is denied leave to

appeal in forma pauperis. This case stands closed.

Approved by: _____

        HON. LISA GODBEY WOOD, JUDGE
        UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF GEORGIA

_June 26, 2026_____

Date

John E. Triplett, Clerk of Court

Clerk

_____

(By) Deputy Clerk